**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
:
UNITED STATES OF AMERICA,               :
                                        :
           Plaintiff,              :     **ORDER FOR RESTITUTION**
    v.                                  :     Criminal Action No.: 05-00899 (FLW)
                                        :
                                        :
CHARLES THOMPSON,                       :
                                        :
                                        :
                                        :
                                        :
           Defendant.              :
_____     :

This matter having been opened to the Court upon application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lee Vartan, Assistant United States Attorney, appearing), for an order pursuant to 18 U.S.C. §§ 3663A and 3664 requiring the defendant to pay mandatory restitution in the above-captioned matter to the victims of his offenses, namely: Lynnes Auto Group, Elizabeth Kurre and Michael Labriola; and the Court having considered the written submissions of the parties, as well as the arguments of counsel on August 17, 2010; and the defendant having agreed to make restitution in the amount of $15,000.00; and for good cause shown;

IT IS on this 18th day of August, 2010,

ORDERED that the defendant, Charles Thompson, is to pay restitution pursuant to 18 U.S.C. §§ 3663A and 3664 in the total amount of $15,000.00; and

IT IS FURTHER ORDERED that the total amount of restitution ordered to be
paid shall be paid by the Defendant, and distributed to the victims, in accordance with the
attached Schedule A.


       s/ Freda L. Wolfson
Honorable Freda L. Wolfson
United States District Judge

SCHEDULE A

Charles Thompson, 05-00899-001


It is further ordered that the defendant, Charles Thompson,  shall make restitution in the total amount of $15,000.00.  The Court will waive the interest requirement in this case. Payments should be made payable to the U.S. Treasury and forwarded to the Clerk of the Court in Trenton, NJ, for proportionate distribution to the following victims in the following amounts:

| | |
|---|---|
| Lynnes Auto Group<br>318 Bloomfield Avenue<br>Bloomfield, New Jersey 07003<br>Attn: E. Guy Kooman | $7,050.00 |
| Labriola Motors<br>41 Standish Road<br>Little Silver, New Jersey 07739<br>Attn: Elizabeth Kurre | $7,950.00 |

The restitution is due immediately and shall be paid in monthly installments of no less than $357.00, to commence 30 days after the date of this judgment.

The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.